IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY,
ADC #760343                                                                                          PLAINTIFF

v.                                              3:20-cv-00227-KGB-JJV

N. FAUST, Senior Warden,
McPherson Unit, ADC; *et al.*                                                                DEFENDANTS

**ORDER**

Lisa Ryan Murphy ("Plaintiff") is a prisoner in the McPherson Unit of the Arkansas Division of Correction ("ADC"). She has filed a *pro se* Complaint pursuant 42 U.S.C. § 1983 alleging Defendants violated her constitutional rights. (Doc. No. 2.) On August 17, 2020, I denied Plaintiff permission to proceed *in forma pauperis* because she is a three striker, who has not satisfied the imminent danger exception in 28 U.S.C. § 1915(g). (Doc. No. 3.) I then gave Plaintiff twenty-one days to pay the filing fee in full. (*Id.*) On August 27, 2020, Plaintiff filed a Motion to Voluntarily Dismiss this lawsuit. (Doc. No. 4.) I find good cause for granting that Motion. *See* Fed. R. Civ. P. 41(a)(1).

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Voluntary Dismissal (Doc. No. 4) is GRANTED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

DATED this 28th day of August 2020.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE