# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA RYAN MURPHY,
ADC #760343                                                                                    PLAINTIFF

v.                                      3:20-cv-00227-KGB-JJV

N. FAUST, Senior Warden,
McPherson Unit, ADC; *et al.*                                                               DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered on this day, it is considered, ordered, and adjudged that Plaintiff's Complaint is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

DATED this 28th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE